Kevin R. Anderson (4786)
Jocelyn J. Rick (9508)
Kellie K. Nielsen (11416)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br>KENNETH F. HOSTETTER<br><br><br>Debtor | CASE NO: 10-31704<br><br>Chapter 13<br><br>JUDGE R. KIMBALL MOSIER |

### TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION

KEVIN R. ANDERSON, Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

1. The Debtor has not resolved all issues raised in the Trustee's initial objection to confirmation.  The unresolved issues are set forth in paragraph(s) 5, 10, and 12  of the Trustee's initial objection.

2. The following creditor objection(s) remain unresolved:  Internal Revenue Service.

3. The Trustee's objection to an exemption claimed on Schedule C remains unresolved.  The Trustee requests a ruling from the court on this issue.

4. The plan payment does not match the projected disposable income calculation on Schedules I & J.

5. The plan does not properly provide for the following creditors for the following reason(s): CitiFinancial's secured claim is not being treated in the plan.

6. The plan is defective in the following respects: incorrect attorney's fees.

7.  The debtor filed an amended plan but did not file the Notice of Amended Plan required by the Court that summarizes the changes to the plan and, if appropriate, setting a new deadline for creditors to object.

8.  The Debtors failed to comply with FED. R. BANKR. P. 1007(b)(1) because they have not filed an itemized, separate budget disclosing the income and expenses related to the operation of a business.

THEREFORE, the Trustee has an ongoing objection to the confirmation

DATED: May 31, 2011

KRA /s/
Kevin R. Anderson, Esq.
Standing Chapter 13 Trustee

CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on May 31, 2011:

Brian W. Steffensen, 448 East 400 South, Suite 100, Salt Lake City, UT  84111